NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7107

WILLIAM B. TWINE,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in
06-1414, Judge Bruce E. Kasold.

ON MOTION

Before DYK, Circuit Judge.

ORDER

William B. Twine moves for a 45-day extension of time, until March 16, 2009, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. No further extensions should be anticipated.

(2) The caption is revised to reflect the new Secretary of Veterans Affairs.

FOR THE COURT

FEB 25 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 25 2009

JAN HORBALY
CLERK

cc: Kenneth M. Carpenter, Esq.
Hillary A. Stern, Esq.
s17